In re the Marriage of Tracie L.
HIGHFILL f/k/a Tracie L.
Thorne, Appellant,

v.

Marty THORNE, Dennis J. Thorne, and
Melinda C. Thorne, Respondents.

No. WD 68659.

Missouri Court of Appeals,
Western District.

Aug. 5, 2008.

Brian J. Klopfenstein, Kearney, MO, for appellant.

Gary K. Patton, Liberty, MO, for respondents.

Before JAMES M. SMART, JR., P.J., THOMAS H. NEWTON, and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Ms. Tracie Highfill appeals the judgment claiming that the trial court erred in refusing to disqualify the guardian ad litem for the case, and in entering judgment of contempt against her.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).[1]

Antonio Martinez LARA, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 68602.

Missouri Court of Appeals,
Western District.

Aug. 5, 2008.

John G. Mermelstein, Columbia, MO, for appellant.

Cory L. Atkins, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., THOMAS H. NEWTON, and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Antonio Martinez–Lara appeals the denial of his Rule 24.035 motion, in which the motion court found that the failure of plea counsel to inform him of parole requirements was a collateral consequence of the plea, and, therefore, plea counsel was effective.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

---

1. The Honorable James Welsh did not participate in this opinion because of his involvement in the case below.